U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN CREIGHTON GARDNER,<br><br>        Defendant. | NO. 4:19-CR-06009-SAB<br><br>**ORDER RE: GPS MONITORING** |

Before the Court is Defendant's Motion to Amend Conditions of Post Conviction Release, ECF No. 33. The motion was heard without oral argument and on an expedited basis. Defendant requests the removal of his GPS monitor so that he may self-report to the FCI Lompoc on July 25, 2019, to begin his term of imprisonment. Defendant indicates the Government does not object to this request.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Amend Conditions of Post Conviction Release, ECF No. 33, is **GRANTED**. Defendant's GPS monitor may be removed on July 24, 2019, for the purpose of Defendant reporting to FCI Lompoc on July 25, 2019.

//
//
//
//
//

**ORDER RE: GPS MONITORING ^ 1**

2. Defendant's Motion to Expedite, ECF No. 32, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** this 23th day of July 2019.



                    Stanley A. Bastian
                United States District Judge