PROB 12C
(6/16)

Report Date: May 17, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Creighton Gardner | Case Number: 0980 4:19CR06009-SAB-1 |
| Address of Offender: ▪▪▪▪▪▪▪▪▪▪ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: June 12, 2019 | |
| Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A),(b)(1) | |
| Original Sentence: Prison - 60 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: October 27, 2022 |
| Defense Attorney: Deric John Orr | Date Supervision Expires: October 26, 2032 |

### PETITIONING THE COURT

To issue a summons.

Mr. Gardner's conditions of supervised release were reviewed with him on October 27, 2022. He acknowledged an understanding of his conditions by signing a copy of his judgement on the same date.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |
| | **Supporting Evidence**: Mr. Gardner is considered to be in violation of his conditions of supervised release by manufacturing, viewing and possessing a computer-generated depiction of a minor-aged female not wearing a shirt on or about May 11, 2023. |
| | The undersigned officer reviewed Covenant Eyes, a monitoring software program, on May 14, 2023. Covenant Eyes identified multiple concerning screen shots that were taken from Mr. Gardner's phone between May 11, through May 14, 2023. These screen shots were |

Prob12C
Re: Gardner, Ryan Creighton
May 17, 2023
Page 2

images Mr. Gardner created through an app called "GenZArt." This app is an artificial intelligence (AI) powered app that turns your search words into custom, life-like images, and works of art. There were multiple depictions of women in bathing suits, as well as two images of what appear to be minor-aged females in a bathing suit and shorts and a sports bra, and one image of an apparent minor aged-female wearing short shorts and no shirt. This image was taken by Covenant Eyes as a screen shot on May 11, 2023, at 11:07 p.m.

The undersigned officer sent Mr. Gardner an email on May 14, 2023, directing him to report to the Richland Probation Office on May 15, 2023, at 10:30 a.m. Mr. Gardner responded to this message three times. He stated he was supposed to work. He then responded saying he would report as directed. His third response stated he knew he "messed up," and explained he downloaded an AI art generator off of the Google Play Store.

Mr. Gardner reported as directed on May 15, 2023. When questioned what search words he used to create these images, he responded with "teenage," "swimsuit," and "not nsfw." NSFW stands for "not suitable for work." Mr. Gardner said he used these prompts so as to not have any images created that included nudity, but it created an image of a topless minor-aged female.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/17/2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/18/2023
Date