PROB 12C
(6/16)

Report Date: January 9, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Creighton Gardner | Case Number: 0980 4:19CR06009-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: June 12, 2019 | |
| Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) | |
| Original Sentence: Prison - 60 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison Gregoire | Date Supervision Commenced: October 27, 2022 |
| Defense Attorney: Kathryn Lucido | Date Supervision Expires: October 26, 2032 |

### PETITIONING THE COURT

To issue a summons.

Mr. Gardner's conditions of supervised release were reviewed with him on October 27, 2022. He acknowledged an understanding of his conditions by signing a copy of his judgement on the same date.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |
| | **Supporting Evidence**: Mr. Gardner is considered to be in violation of his conditions of supervised release by manufacturing, viewing and possessing a computer-generated depiction of a minor-aged female on or about January 1, 2024. |
| | The undersigned officer reviewed Accountable2You, a monitoring software program, on January 1, 2024. Accountable2You identified concerning search words, "8 year old pale white girl, long blonde hair, brown eyes, very chubby, very pretty, bikini, smiling, at beach, photo taken head to toe, camel toe." These trigger words were taken from Mr. Gardner's |

Prob12C
**Re: Gardner, Ryan Creighton**
**January 9, 2024**
Page 2

phone on January 1, 2024. Mr. Gardner created images through an app called "GenZArt." This app is an artificial intelligence (AI) powered app that turns your search words into custom, lifelike images, and works of art.

The undersigned officer sent Mr. Gardner a text message on January 4, 2024, directing him to report to the Richland probation office. He was also directed to not delete anything off his phone. Mr. Gardner responded to this message and stated he had deleted the app after the incident and the app was called "GenZArt."

Mr. Gardner reported as directed on January 4, 2024. When questioned as to what made him download GenZArt, he explained that since our current sex offender monitoring software had changed and there were no screen shots taken, he thought he could get away with it. Mr. Gardner stated the images he created were used for his sexual gratification. Mr. Gardner said there were multiple depictions of children.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/09/2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Stanley A. Bastian

Signature of Judicial Officer

1/10/2024
Date