PROB 12C
(6/16)

Report Date: February 15, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Creighton Gardner | Case Number: 0980 4:19CR06009-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: June 12, 2019 | |
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A),(b)(1) |
| Original Sentence: Prison - 60 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Laurel Holland | Date Supervision Commenced: October 27, 2022 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: October 26, 2032 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/9/2024.

On October 27, 2024, a probation officer reviewed the judgment with Mr. Gardner. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 3:** You must not use any software program or device designed to hide, alter or delete records/logs of your computer usage, Internet activities, or the files stored on the assigned computer. This includes the use of encryption, steganography (the art and science of hiding a message in a medium, such as a digital picture or audio file, so as to defy detection), and cache/cookie removal software. |
| | **Supporting Evidence**: Mr. Gardner is considered to be in violation of his conditions of supervised release by altering or deleting records/logs of his computer on or before December 29, 2023, and using a browser designed to hide internet activity on or about January 27, 2024. |
| | On February 1, 2024, Mr. Gardner's cell phone was confiscated and sent to the Forensic Examination Laboratory in the District of Utah, for a forensic analysis. Based on this search, it was revealed that Mr. Gardner has deleted all his computer usage on or before December 28, 2023. The examination also revealed Mr. Gardner has accessed DuckDuckGo, a browser designed to be private and hide internet activity, on or about January 27, 2024. |

Prob12C
Re: Gardner, Ryan Creighton
February 15, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 15, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/15/2024
Date