PROB 12C
(6/16)

Report Date: April 3, 2024

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Creighton Gardner | Case Number: 0980 4:19CR06009-SAB-1 |
| Address of Offender: ███████████ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: June 12, 2019 | |
| Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A),(b)(1) | |
| Original Sentence: Prison - 60 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Laurel Holland | Date Supervision Commenced: October 27, 2022 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: October 26, 2032 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/9/2024, 2/15/2024, and 03/25/2024.

On October 27, 2022, a probation officer reviewed the judgment with Mr. Gardner. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4:** You must maintain a complete and current inventory of your computer equipment and provide it to the supervising officer. You must provide a monthly record of computer usage and bills pertaining to computer access to the supervising officer. |

**Supporting Evidence**: Mr. Gardner is considered to be in violation of his conditions of supervised release by failing to provide a complete and current inventory of his computer equipment on or before March 28, 2024.

On March 28, 2024, an organized search of Mr. Gardner's residence was executed with the assistance of a specially trained electronic storage detection (ESD) K9, Nala, and her handler, Detective Daljit, with the Seattle Police Department.

Prob12C
Re: Gardner, Ryan Creighton
April 3, 2024
Page 2

      Upon the completion of the search of the residence, a universal serial bus (USB) drive was located inside Mr. Gardner's bedroom, in a dresser. It appeared to Detective Daljit that it was hidden, the way it was tucked under items and in a case, which was inside a box. Additionally, inside Mr. Gardner's bedroom, a secure digital (SD) card was also located.

      Mr. Gardner failed to notify the undersigned officer of this computer equipment.

5      **Special Condition #25:** To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches on any of the following used by you: computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actual sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

      **Supporting Evidence**: Mr. Gardner is considered to be in violation of his conditions of supervised release by not complying with the computer monitoring condition by failing to disclose to the undersigned officer the data storage devices found, on or before March 28, 2024.

      As noted in violation 4, a USB drive and SD card were located in Mr. Gardner's possession. He failed to disclose these computer equipment devices; therefore, making them unavailable for a probation officer to conduct initial or periodic searches of the devices.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 3, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
Re: Gardner, Ryan Creighton
April 3, 2024
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/4/2024
Date